UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RESTA ROBERSON

VERSUS

PROGRESSIVE SECURITY INSURANCE
COMPANY, ET AL.

CIVIL ACTION

NO. 11-520-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated September 15, 2011 (doc. no. 9) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion to Remand filed by plaintiff Resta Roberson is DENIED.

Baton Rouge, Louisiana, October 5, 2011.

            _____
            JAMES J. BRADY, JUDGE
            MIDDLE DISTRICT OF LOUISIANA